In the Matter of the Arbitration between LESAVOY INDUSTRIES, INC., Appellant, and BRIGHTON MILLS, INC., Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.; Callahan and Van Voorhis, JJ., dissent and vote to reverse and stay arbitration as to Lesavoy Industries, Inc., but without prejudice to a proceeding to compel Rayon Corporation of America to proceed to arbitration under contract 7292 as supplemented by Exhibit B.

In the Matter of the Arbitration between RAYON CORPORATION OF AMERICA, Appellant, and BRIGHTON MILLS, INC., Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

In the Matter of the Arbitration between WALTER D. BINGER et al., Appellants, and CHARLES J. THATCHER, Respondent.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *post*, p. 778.]

PETER F. LYNCH, Respondent, v. GEORGE D. BAILEY et al., Doing Business as TOUCHE, NIVEN, BAILEY & SMART, Appellants.— Present — Glennon, J. P., Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and deny the motion in the following memorandum: In the prior action, the plaintiff sought an injunction as well as declaratory judgment and he might have secured damages in that suit and the judgment is, therefore, *res judicata*. [See *post*, p. 789.]